Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
Frank Gregory Casella (SBN 301494)
fcasella@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> BOSCOV'S DEPARTMENT STORE, a Pennsylvania Corporation; COPY CATS INDUSTRIES, INC., a New York Corporation; LAND 'N SEA, INC., a New York Corporation; and DOES 1-10, <br><br> Defendants. | Case No.: <br><br> **PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT** <br><br> <u>Jury Trial Demanded</u> |

    Star Fabrics, Inc., by and through its undersigned attorneys, hereby prays to this honorable Court for relief based on the following:

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., §§ 101, *et seq.*

2. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1338 (a) and (b).

3. Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4. STAR FABRICS, INC. is a corporation organized and existing under the laws of the State of California with its principal place of business located at 1440 East Walnut Street, Los Angeles, CA 90011.

5. Plaintiff is informed and believes and thereon alleges that Defendant BOSCOV'S DEPARTMENT STORE ("BOSCOV'S") is a corporation organized and existing under the laws of the State of Pennsylvania with its principal place of business at 4500 Perkiomen Avenue, Reading, PA 19606, and is doing business in and with the State of California.

6. Plaintiff is informed and believes and thereon alleges that Defendant COPY CATS INDUSTRIES, INC. ("COPY CATS") is a corporation organized and existing under the laws of the State of New York with its principal place of business at 39 W. 38th Street, New York, NY 10018 and is doing business in and with the State of California.

7. Plaintiff is informed and believes and thereon alleges that Defendant LAND 'N SEA, INC. ("LAND 'N SEA"), is a corporation organized and existing under the laws of the State of New York with its principal place of business at 1375 Broadway, New York, NY 10018, and is doing business in and with the State of California.

2
COMPLAINT

8. Plaintiff is informed and believes and thereon alleges that Defendant DOES 1-10, inclusive, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants 1 through 10, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

9. Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and every violation of Plaintiff's rights and the damages to Plaintiff caused thereby.

## CLAIMS RELATED TO DESIGN 40049

10. Plaintiff owns an original two-dimensional artwork used for purposes of textile printing entitled 40049 ("Subject Design A"). Subject Design A is an original work of authorship created by Plaintiff, by and through its employees and is, and at all relevant times was, owned in exclusivity by Plaintiff.

11. Plaintiff applied for and received a United States Copyright Registration for Subject Design A prior to the commencement of this Action.

12. Prior to the acts complained of herein, Plaintiff widely disseminated fabric bearing Subject Design A to numerous parties in the apparel industry.

13. Plaintiff is informed and believes and thereon alleges that, following this distribution of fabric bearing Subject Design A and without Plaintiff's authorization, Defendants manufactured, distributed, and/or sold fabric and/or garments comprised

of fabric featuring a design which is identical or substantially similar to Subject Design A ("Subject Product A"), including but not limited to:

> a. Garments sold by BOSCOV'S under Style No. 2304 and SKU No. 611971305584.   Such Subject Product A bore the label "Geri C." and RN No. 82579, indicating that said garments were manufactured by, caused to be manufactured by, or supplied by CONWAY.
>
> b. Garments sold by BOSCOV'S under Style No.  ETWP38739IR-CBT.  Such Subject Product A bore the label "Erika."

14.    A comparison of Subject Design A and an exemplar of Subject Product A is displayed below.  It is apparent that the elements, composition, arrangement, layout, and appearance of the designs at issue are identical or substantially similar:

| SUBJECT DESIGN A | SUBJECT PRODUCT A EXEMPLAR |
| --- | --- |
| | |

## CLAIMS RELATED TO DESIGN 60460

15.    Plaintiff owns an original two-dimensional artwork used for purposes of textile printing entitled 60460 ("Subject Design B").  Subject Design B is an original work of authorship created by Plaintiff, by and through its employees and is, and at all relevant times was, owned in exclusivity by Plaintiff.

16.   Plaintiff applied for and received a United States Copyright Registration for Subject Design B prior to the commencement of this Action.

17.   Prior to the acts complained of herein, Plaintiff widely disseminated fabric bearing Subject Design B to numerous parties in the apparel industry.

18.   Plaintiff is informed and believes and thereon alleges that, following this distribution of fabric bearing Subject Design B and without Plaintiff's authorization, Defendants manufactured, distributed, and/or sold fabric and/or garments comprised of fabric featuring a design which is identical or substantially similar to Subject Design B ("Subject Product B"), including but not limited to garments sold by BOSCOV'S under Style No. 0074439X-7 and SKU No. 727390609568.  Such Subject Product B bore the label "Lisa Josephs Plus" and RN No. 58001, indicating that such garments were manufactured by, caused to be manufactured by, or supplied by COPY CATS.

19.   A comparison of Subject Design B and a detail of an exemplar of Subject Product B is displayed below.  It is apparent that the elements, composition, arrangement, layout, and appearance of the designs at issue are identical or substantially similar:

| SUBJECT DESIGN B | SUBJECT PRODUCT B EXEMPLAR |
|---|---|
|  |  |

## CLAIMS RELATED TO DESIGN 62805

20.   Plaintiff owns an original two-dimensional artwork used for purposes of textile printing entitled 62805 ("Subject Design C").  Subject Design C is an original work of authorship created by Plaintiff, by and through its employees and is, and at all relevant times was, owned in exclusivity by Plaintiff.

21.   Plaintiff applied for and received a United States Copyright Registration for Subject Design C prior to the commencement of this Action.

22.   Prior to the acts complained of herein, Plaintiff widely disseminated fabric bearing Subject Design C to numerous parties in the fashion and apparel industries.

23.   Plaintiff is informed and believes and thereon alleges that, following this distribution of fabric bearing Subject Design C and without Plaintiff's authorization, Defendants manufactured, distributed, and/or sold fabric and/or garments comprised of fabric featuring a design which is identical or substantially similar to Subject Design C ("Subject Product C"), including but not limited to garments sold by BOSCOV'S under Style No. 8006025BC and SKU No. 728213318636.  Such Subject Product C bore the label "Counterparts" and RN No. 19747, indicating that such garments were manufactured by, caused to be manufactured by, or supplied by LAND 'N SEA.

24.   A comparison of Subject Design C and a detail of an exemplar of Subject Product C is displayed below.  It is apparent that the elements, composition, arrangement, layout, and appearance of the designs at issue are identical or substantially similar:

6
COMPLAINT

| SUBJECT DESIGN C | SUBJECT PRODUCT C EXEMPLAR |
|---|---|



## CLAIMS RELATED TO DESIGN 63616

25.    Plaintiff owns an original two-dimensional artwork used for purposes of textile printing entitled 63616 ("Subject Design D").  Subject Design D is an original work of authorship created by Plaintiff, by and through its employees and is, and at all relevant times was, owned in exclusivity by Plaintiff.

26.    Plaintiff applied for and received a United States Copyright Registration for Subject Design D prior to the commencement of this Action.

27.    Prior to the acts complained of herein, Plaintiff widely disseminated fabric bearing Subject Design D to numerous parties in the fashion and apparel industries.

28.    Plaintiff is informed and believes and thereon alleges that, following this distribution of fabric bearing Subject Design D and without Plaintiff's authorization, Defendants manufactured, distributed, and/or sold fabric and/or garments comprised

of fabric featuring a design which is identical or substantially similar to Subject Design D ("Subject Product D"), including but not limited to garments sold by BOSCOV'S under Style No. JCA0114 and SKU No. 611971293065.  Such Subject Product D bore the label "GERI C." and RN No. 82579.

29.    A comparison of Subject Design D and a detail of an exemplar of Subject Product D is displayed below.  It is apparent that the elements, composition, arrangement, layout, and appearance of the designs at issue are identical or substantially similar:

| SUBJECT DESIGN D | SUBJECT PRODUCT D EXEMPLAR |
|---|---|
|  |  |

## FIRST CLAIM FOR RELIEF

(For Copyright Infringement – Against All Defendants, and Each)

30.    Plaintiff repeats, re-alleges, and incorporates herein by reference as though fully set forth the allegations contained in the preceding paragraphs of this Complaint.  Subject Design A, Subject Design B, Subject Design C, and Subject Design D are collectively referred to as the "Subject Designs."

31.    Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, had access to the Subject Designs, including, without limitation, through (a) access to Plaintiff's showroom and/or design library; (b) access to illegally distributed copies of the Subject Designs by third-party vendors and/or DOE

8
COMPLAINT

Defendants, including without limitation international and/or overseas converters and printing mills; (c) access to Plaintiff's strike-offs and samples, and (d) access to garments manufactured with fabric lawfully printed through Plaintiff.

32.    Plaintiff is informed and believes and thereon alleges that one or more of the Defendants manufactures garments and/or is a garment vendor.  Plaintiff is further informed and believes and thereon alleges that said Defendant(s) has an ongoing business relationship with Defendant retailer, and each of them, and supplied garments to said retailer, which garments infringed the Subject Design in that said garments were composed of fabric which featured an unauthorized print design that was identical or substantially similar to the Subject Designs.

33.    Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, infringed Plaintiff's copyright by creating, making and/or developing directly infringing and/or derivative works from the Subject Designs and by producing, distributing and/or selling garments which infringe the Subject Designs through a network of retail stores and on-line outlets.

34.    Due to Defendants' acts of infringement, Plaintiff has suffered substantial damages to its business in an amount to be established at trial.

35.    Due to Defendants' acts of infringement, Plaintiff has suffered general and special damages in an amount to be established at trial.

36.    Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of the Subject Designs. As such, Plaintiff is entitled to disgorgement of Defendant's profits directly and indirectly attributable to Defendant's infringement of the Subject Designs in an amount to be established at trial.

37.     Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed copyright infringement with actual or constructive

9
COMPLAINT

knowledge of Plaintiff's rights such that said acts of copyright infringement were, and continue to be, willful, intentional and malicious.

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays for judgment as follows:

### *Against All Defendants*

With Respect to Each Claim for Relief

a. That Defendants, their agents and employees be enjoined from infringing Plaintiff's copyrights in any manner, specifically those for the Subject Design;

b. That Plaintiff be awarded all profits of Defendants plus all losses of Plaintiff, plus any other monetary advantage gained by the Defendants through their infringement, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. §§ 101, *et seq.*;

c. That Plaintiff be awarded its attorneys' fees as available under the Copyright Act U.S.C. §§ 101, *et seq.*;

d. That Plaintiff be awarded pre-judgment interest as allowed by law;

e. That Plaintiff be awarded the costs of this action; and

f. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

A TRIAL BY JURY PURSUANT TO FED. R. CIV. P. 38 AND CONSTITUTIONAL AMENDMENT SEVEN IS HEREBY DEMANDED.

Dated: February 13, 2015                    DONIGER / BURROUGHS

By:     /s/ Stephen M. Doniger
Stephen M. Doniger, Esq.
Attorney for Plaintiff
Star Fabrics, Inc.

10
COMPLAINT